of the decision of the Court of Appeals for Veterans Claims. *See Livingston v. Derwinski,* 959 F.2d 224, 225–26 (Fed.Cir. 1992); 38 U.S.C. § 7292(d).

Accordingly,

IT IS ORDERED THAT:

(1) The Secretary's motion to waive the requirements of Fed. Cir. R. 27(f) is granted.

(2) The Secretary's motion to dismiss is granted.

(3) Each side shall bear its own costs.

Gary P. GADASH, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs. Respondent–Appellee.

No. 01–7071.

United States Court of Appeals, Federal Circuit.

Aug. 15, 2001.

ON MOTION

ORDER

Gary P. Gadash moves to voluntarily dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.